FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 14 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Sanchez, Jorge DEFENDANT(S). | CASE NUMBER SA 10-359m SA 10-358m ✓ ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Thursday, 9/16/10__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __9/14/10__

_____
U.S. District Judge/Magistrate Judge